# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WAIVER OF INDICTMENT

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
SEP 6 2013
JAMES W. McCORMACK, CLERK
BY: _____
DEPUTY CLERK

**UNITED STATES OF AMERICA**

    **v.**                           No. 4:13-cr-00238-01 BSM

**JENNIFER SMITH**

        I, JENNIFER SMITH, the above named defendant, who is accused of violation of Title 18, United States Code, Section 1029, that is, Access Device Fraud, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on this 6th day of September, 2013, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
**Defendant**
**JENNIFER SMITH**

_____
**Defendant's Attorney**
**ERIN CASSINELLI**

**Before** _____
        **Honorable Brian S. Miller**
        **Judicial Officer**